The Honorable Tiffany M. Cartwright

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL W. DANIELS et al.,

Defendants.

Case No. 3:25−cv−06062−TMC

**STIPULATED FINAL JUDGMENT**

On November 4, 2026, Plaintiff United States of America and Defendants Michael W. Daniels, Heather L. Larson, and Heather Larson Daycare filed a Stipulation for Entry of Final Judgment. In consideration of the Stipulation, it is hereby Ordered and Adjudged as follows:

1) Judgment is hereby entered in favor of Plaintiff United States of America and against Defendants Michael W. Daniels and Heather L Larson, jointly and severally, in the sum of $523,819.96, plus statutory additions from and after November 2, 2026, including interest, pursuant to 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c), for unpaid federal income taxes (Form 1040) for tax years 2008, 2009, 2014, 2015, 2016, 2017, 2018, 2020, 2021, 2022, and 2023.

2) Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Heather L. Larson as the sole proprietor of Heather Larson Daycare, in the sum of $2,839.70, plus statutory additions from and after October 30, 2017, including interest,

pursuant to 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c), for unpaid penalty under 26 U.S.C. § 6721 for failure to file correct information returns, for the fourth quarter of 2014.

3) The parties shall bear their own costs and fees in connection with this case.

IT IS SO ORDERED and ADJUDGED.

DATED this 17th day of November, 2026.

Tiffany M. Cartwright
United States District Judge

*Presented jointly by:*

*/s/ Kelark Azer Habashi*
KELARK AZER HABASHI
Trial Attorney, Tax Lit. Branch
U.S. Department of Justice, Civil Division
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 353-0014
Fax: (202) 307-0054
Kelark.Azer.Habashi@usdoj.gov
*Counsel for Plaintiff United States of America*

*/s/John Colvin*
JOHN M. COLVIN
JASON HARN
Colvin + Hallett, P.S.
Millenium Tower, Suite 711
719 Second Avenue
Seattle, WA 98104
Tel: (206) 223-0800
Fax: (206) 467-8170
jcolvin@colvinhallettlaw.com
jharn@colvinhallettlaw.com
*Attorneys for Defendants*